# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM STATE COURT

*This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Court*

State Court County: __Franklin__

Case number and caption:

| 19cv-01-122 | Michael Falleur | vs | Aquion Inc. et al. |
|---|---|---|---|
| Case Number | Plaintiff(s) | | Defendant(s) |

Jury Demand Made in State Court:   ☒ Yes   ☐ No

If "Yes," by which party and on what Date:

| Plaintiff | January 7, 2019 |
|---|---|
| Party | Date |

| | | |
|---|---|---|
| Were there parties not served prior to removal? | ☐ Yes | ☒ No |
| Were there parties dismissed/terminated prior to removal? | ☐ Yes | ☒ No |
| Were there answers filed in State Court? | ☐ Yes | ☒ No |
| Is there a pending TRO in State Court? | ☐ Yes | ☒ No |

*If you have answered "yes" to any of the above please list parties not served, the parties dismissed/terminated and the parties that filed their answers on the reverse of this page.*

*On the reverse of this page please list all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address and phone number, including area code.*

Are copies of all state case pleadings attached to your removal?   ☒ Yes   ☐ No

If your answer is "No", when will they be filed: _____

List the parties that are removing the case:
Aquion, Inc.
Home Depot, U.S.A., Inc.

| Parties Not Served | Parties Dismissed | Answers Filed |
|---|---|---|
| I.E. Defendant John Doe | I.E. Defendant John Doe | I.E. Defendant John Doe |

| Party and Type | Attorney(s) |
|---|---|
| I.E. Plaintiff John Doe<br><br>Please see the attached sheet | I.E. Attorney(s) Name<br>Firm<br>Address<br>City, State, Zip<br>Telephone and Fax Number<br>Supreme Court Number |

USE A SEPARATE SHEET OF PAPER IF NECESSARY

| Party and Type | Attorney(s) |
|---|---|
| Plaintiff Michael Falleur | David A. Bressman (0047128)<br>Thomas F. Martello Jr. (0058601)<br>LAW OFFICE OF DAVID A. BRESSMAN<br>4186 Paul G. Blazer Parkway<br>Dublin, Ohio 43017<br>Phone: (614) 538-1116<br>Fax: (614) 761-8399 |
| Defendant Aquion, Inc. | Anthony C. White (0062146)<br>Stephanie M. Chmiel (0087555)<br>THOMPSON HINE LLP<br>41 South High Street, Suite 1700<br>Columbus, Ohio 43215<br>Phone: (614) 469-3200<br>Fax: (614) 469-3361 |
| Defendant Home Depot U.S.A., Inc. | Steven A. Oldham (0080876)<br>BENESCH, FRIEDLANDER, COPLAN &<br>ARONOFF LLP<br>41 South High Street, Suite 2600<br>Columbus, Ohio 43215<br>Phone: (614) 223-9374<br>Fax: (614) 223-9330 |